```
            IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF ALABAMA
                       SOUTHERN DIVISION
```

LARRY E. FIELDS, JR.              :
(AIS# 193905),                    :
                                  :
    Plaintiff,                    :
                                  :
vs.                               :     CIVIL ACTION 12-0625-WS-M
                                  :
CHARLES E. SHERMAN                :
                                  :
    Defendant.                    :

### ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that the motion for summary judgment of Defendant Dr. Charles E. Sherman be **GRANTED** and that Plaintiff's action against Defendant Sherman be **DISMISSED** with prejudice.

**DONE** this 9th day of October, 2013.

                                            **s/WILLIAM H. STEELE**
                                            **CHIEF UNITED STATES DISTRICT JUDGE**