```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF ALABAMA
                  SOUTHERN DIVISION
```

LARRY E. FIELDS, JR.              :
(AIS# 193905),                    :
                                  :
    Plaintiff,                    :
                                  :
vs.                               :     CIVIL ACTION 12-0625-WS-M
                                  :
CHARLES E. SHERMAN                :
                                  :
    Defendant.                    :

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED**, **ADJUDGED**, and **DECREED** that **JUDGMENT** be entered in favor of Defendant Dr. Charles E. Sherman and against Plaintiff Larry E. Fields, Jr.

**DONE** this 9th day of October, 2013.

                              **s/WILLIAM H. STEELE**
                              **CHIEF UNITED STATES DISTRICT JUDGE**